UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
|     Plaintiff, | | |
|         v. | CR. No. S-01-0458-DFL | |
| HECTOR JAVIER CISNEROS PEREZ, et al., | | |
|     Defendants. | RELATED CASE ORDER | |
| UNITED STATES OF AMERICA, | | |
|     Plaintiff, | | |
|         v. | CR. No. S-04-5370-OWW | |
| HECTOR JAVIER CISNEROS PEREZ, | | |
|     Defendants. | | |

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123, (E.D. Cal. 2005).

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related

1  cases are generally assigned to the judge to whom the first
2  filed action was assigned. However, because the later filed
3  case is now the lead case it makes more sense to assign both
4  cases to the judge with the higher numbered case.
5     IT IS THEREFORE ORDERED that the action denominated CR.
6  NO. S-01-0458-DFL is reassigned to Judge Oliver W. Wanger for
7  all further proceedings.  Henceforth the caption on all
8  documents filed in the reassigned case shall be shown as CR.
9  NO. F-01-0458-OWW.
10    No adjustment in the assignment deck is appropriate in the
11 circumstances.
12 DATED: 6/22/2005

_____
DAVID F. LEVI
Chief United States District Judge