QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HECTOR CISNEROS-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-05370 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | AND ORDER THEREON |
| HECTOR CISNEROS-PEREZ, | ) ) | Date:  August 29, 2005 Time:  1:30 P.M. |
| Defendant. | ) ) ) | Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing scheduled in the above captioned matter for August 2, 2005 may be continued to **August 29, 2005 at 1:30 P.M.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein pursuant to 18 U.S.C. 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: July 28, 2005

/s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant United States Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Defender

DATED: July 28, 2005

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

DATED: <u>August 2</u>, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California